UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TROY ALLERT,

Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a violation of supervised release hearing in this matter on **May 5, 2021 at 2:00 p.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 24, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge