# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

June 4, 2021

**VIA ECF AND ELECTRONIC MAIL**

Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Troy Allert 18 Cr. 364</u> (PGG) – Request for adjournment of VOSR Hearing

Dear Judge Gardephe:

A hearing in this matter is scheduled for June 8, 2021. I write to request a 30-day adjournment of the scheduled VOSR hearing in the above matter. The government has no objections to this request. This is the second request for an adjournment. The additional time is necessary in order to consult with the government and Probation regarding an appropriate resolution to this matter, as well as the expectation of additional specifications. Accordingly, I request a 30-day adjournment of the VOSR hearing.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

cc: AUSA Mary Bracewell
    AUSA Kyle Wirshba

Memo Endorsed: This application is granted. The violation of supervised release hearing scheduled for June 8, 2021 is adjourned to July 14, 2021 at 9:30 a.m.

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

Dated: June 4, 2021