# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

65 BROADWAY SUITE 715　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN E. ADAMS
NEW YORK, NY 10006　　　　　　　　　　　　　　　　　　　　　　　　　KARLOFF C. COMMISSIONG
TEL: 212-430-6590　　　　　　　　　　　　　　　　　　　　ADMITTED TO PRACTICE IN NEW YORK
FAX: 212-981-3305　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WWW.AMCMLAW.COM

July 13, 2021

**VIA ECF AND ELECTRONIC MAIL**

Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Memo Endorsed: This application is granted. The violation of supervised release hearing scheduled for July 14, 2021 is adjourned to August 20, 2021 at 2:00 p.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: July 13, 2021

Re: <u>United States v. Troy Allert 18 Cr. 364</u> (PGG) – Request for adjournment of VOSR Hearing

Dear Judge Gardephe:

A hearing in this matter is scheduled for July 14, 2021. I write to request a 30-day adjournment of the scheduled VOSR hearing in the above matter. The government has no objections to this request. This is the third request for an adjournment. The additional time is necessary in order to consult with the government and Probation regarding an appropriate resolution to this matter, and to review the additional specifications with Mr. Allert. Accordingly, I request a 30-day adjournment of the VOSR hearing.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc:　AUSA Mary Bracewell
　　　AUSA Kyle Wirshba