UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TROY ALLERT,

                Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The violation of supervised release hearing scheduled for August 20, 2021 is adjourned to **September 3, 2021 at 3:00 p.m.**

Dated: New York, New York
       August 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge