ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

August 24, 2021

**VIA ECF AND ELECTRONIC MAIL**

Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  <u>United States v. Troy Allert 18 Cr. 364</u> (PGG) – Request for adjournment of VOSR
       Hearing

Dear Judge Gardephe:

A hearing in this matter is scheduled for September 3, 2021.  I write to request a 1-week
adjournment of the scheduled VOSR hearing in the above matter.  The government has
no objections to this request.  This is the fourth request for an adjournment.  The
scheduled date for the VOSR hearing occurs during a planned vacation with my family.
As a result, I would request that the Court adjourn the matter for 7 days, to September
10, 2021.

**Memo Endorsed:**  The violation of supervised release
hearing scheduled for September 3 is adjourned to
**September 10, 2021 at 3:00 p.m.**  With Defendant's
consent, the hearing will take place telephonically.*

Respectfully Submitted,

Karloff C. Commissiong, Esq.

SO ORDERED.

Paul G. Gardephe
United States District Judge

cc:   AUSA Mary Bracewell
       AUSA Kyle Wirshba

Dated: August 25, 2021

*The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press
and public may obtain access to the telephone hearing by dialing the same number and using the same access
code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that
time, the Court will un-mute the parties' lines. Seven days before the hearing, the parties must email
Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone
numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-
mute. The email should include the case name and case number in the subject line.