UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                   **ORDER**
                                                   18 Cr. 364 (PGG)

-against -

TROY ALLERT,

                               Defendant.

------------------------------------------------------------------------X

       **IT IS HEREBY ORDERD**, that Karloff C. Commissiong, Esq. is appointed to represent Mr. Troy Allert in this matter, nunc pro tunc, to March 24, 2021.

**SO ORDERED**

_____
Hon. Paul G. Gardephe
United States District Judge

Dated: October __04__, 2021
       New York, New York

1